# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT PIERCE DIVISION

### CASE NO. 20-14303-CIV-CANNON/Maynard

**THEODORE KEITH GRIFFIN**,

    *Plaintiff*,

v.

**OFFICER THOMAS MCGUIRE**, *et al.,*

    *Defendants*.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

**THIS MATTER** comes before the Court upon the Report and Recommendation of Magistrate Judge Shaniek M. Maynard ("Report") [ECF No. 26], entered on November 18, 2020. In the Report, Judge Maynard correctly observes that the Defendants' pending motions to dismiss [ECF Nos. 14 and 19] have been rendered moot by the filing of Plaintiff's Amended Complaint [ECF No. 23].

The parties have not filed objections to the Report, and the time for filing objections has expired. The Court, having reviewed the Report, the Defendants' Motions to Dismiss [ECF Nos. 14 & 19], the record, applicable law, and being in full agreement with the recommendations of Judge Maynard, hereby **ORDERS** that Judge Maynard's Report [ECF No. 26] is **ADOPTED** in full:

1. Defendant Thomas McGuire's Motion to Dismiss Plaintiff's Complaint [ECF No. 14] is **DENIED AS MOOT.**

2. Defendant Officer Kern Dieudonne's Motion to Dismiss Complaint [ECF No. 19] is **DENIED AS MOOT.**

**DONE AND ORDERED** in Fort Pierce, Florida, this 23rd day of December 2020.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:counsel of record